UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>    Plaintiff,<br><br>v.<br><br>FRANCISCO R. FELIX, et al.,<br><br>    Defendants. | Case No. 22-cv-02186-TLT<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: ECF No. 30 |

On October 7, 2022, the plaintiff filed a notice of settlement. *See* ECF No. 25. On December 1, 2022, the parties filed a joint stipulation voluntarily dismissing the case without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF No. 30.

Accordingly, this matter is **DISMISSED** without prejudice, and any hearings and deadlines are **VACATED**. The parties retain the right to reopen this action within **60 days** of this Order if the settlement is not consummated. If any party certifies to the Court, with proper notice to all other parties, within **60 days** of this Order, that the case should be reopened, this Order shall be vacated, and this case shall be restored for further proceedings.

**IT IS SO ORDERED.**

Dated: December 2, 2022

TRINA L. THOMPSON
United States District Judge